JAMES HUNT MILLER (St.BarCal. # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Linda Aviles, ) | |
| ) | |
| Plaintiff, ) | No. 10-2242 EDL |
| ) | |
| vs. ) | PLAINTIFF'S UNOPPOSED |
| ) | MOTION FOR EXTENSION |
| COMMISSIONER OF THE ) | (with proposed order) |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

MOTION.

Plaintiff hereby requests additional time in which to file Plaintiff's Motion for Summary Judgment and/or Remand. Pursuant to the procedural order, FRCiv.P Rule 6(e) (referring to Rule 5(b)(2)(d)), and Defendant's proof of service of notice of manual filing, Plaintiff's motion was to have been filed by today. Plaintiff seeks a fourteen-day extension, or until October 18, 2010. This extension, Plaintiff's first in this case, will cause the schedule for Defendant's Cross-Motion and Plaintiff's Reply to be pushed back as much as 30 days.

Defendant, through counsel, stated to Plaintiff's counsel that Defendant does not oppose this request. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order), and

1 also because Defendant would not be harmed by the extension and Defendant does
2 not oppose the request.
3     RESPECTFULLY SUBMITTED on this 4th day of October, 2010.

5     /s/_____
    James Hunt Miller, Attorney for Plaintiff Ms. Aviles

7 ORDER (PROPOSED)
8     PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED
9 that Plaintiff may have a 14-day extension, or until October 18, 2010, in which to
10 file the motion for summary judgment and/or remand.

12 DATE: October 5, 2010      _Elijah D. Laporte_____
    United States Magistrate Judge